Submitted on record and briefs July 20, reversed and remanded August 29, 1984

## STATE OF OREGON,
*Respondent,*

*v.*

## DAVID I. DYE,
*Appellant.*

(J81-3352; CA A30607)

686 P2d 1042

Alan R. Scott, Jr., Roseburg, filed the brief for appellant.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Jeff Bennett, Assistant Attorney General, Salem, filed the brief for respondent.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Young, Judge.

PER CURIAM

## PER CURIAM

This is a criminal case in which defendant appeals his conviction for assault in the fourth degree, claiming that there was insufficient evidence to support a conviction. We agree. However, the evidence *was* sufficient to convict defendant of the lesser included offense of attempted assault in the fourth degree. *See State v. Capwell,* 52 Or App 43, 46-47, 627 P2d 905 (1981); Or Const, Art VII (Amended), § 3.

Reversed and remanded for entry of a new judgment and for resentencing.